R. Scott Taylor, OSB No. 74324
Clinton L. Tapper, OSB 084883
Taylor & Tapper
400 E 2nd, Suite 103
Eugene, OR 97401
Ph: 541-485-1511 / fax: 541-246-2424
Scott@taylortapper.com
Clinton@taylortapper.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SHAWN AND SHARON L SCHIELE OLSON,<br><br>Plaintiff(s),<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO.: 3:16-cv-01490-MO<br><br>ORDER OF DISMISSAL |

UPON CONSIDERATION of the Joint Motion to dismiss with prejudice and without costs or fees, and pursuant to FRCP 41(a)(1)(A)(ii) the joint motion to dismiss is hereby granted.

IT IS SO ORDERED.

DATED this 19 day of April, 2017.

/s/ Michael W. Mosman
_____
Honorable Michael W. Mosman

Prepared and Submitted By:

/s/ Clinton L. Tapper
_____
Clinton L. Tapper, OSB # 084883
Of Attorneys for Plaintiff

JOINT MOTION TO DISMISS

Page 1 of 3
Taylor & Tapper
400 E 2nd Ave, Suite 103
Eugene, OR 97401
Ph: (541) 485 – 1511 / Fax: (541) 264 - 4866

CERTIFICATE OF SERVICE

Pursuant to the Rules of Civil Procedure, I Certify that on the below date, I served the following:

- Joint Motion to Dismiss

By deposit in the Court's CM/ECF system on:

    Ryan Hall
    Cole, Wathen, Lied & Hall, P.C.
    303 Battery Street
    Seattle, WA 98121

Dated: 4/18/2016

    CLINTON L. TAPPER

    /s/ Clinton L. Tapper

    _____

    Clinton L. Tapper, OSB 084883
    R. Scott Taylor, OSB No. 74324
    Of Attorneys for Shawn and Sharon Olson